Debtor must file statement of ownership as required by Bankruptcy Rule 1007(a)(3), and debtor must serve the motion on SVN-Miller Commercial Real Estate & Property Management, Inc. d/b/a/ Sperry Van Ness-Miller Commercial Real Estate.

Date signed January 11, 2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| LNIC-MD, LLC | *   Case No.: 15-22555-TJC |
| | (Chapter 11) |
| Debtor | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER AUTHORIZING DEBTOR TO PLEDGE NET PROCEEDS FROM SALE OF 1002 EASTERN SHORE DRIVE, SALISBURY, MARYLAND TO CREDITORS OF DUCK NECK CAMPGROUND, LLC AND WBR INVESTMENT CORPORATION**

Upon consideration of the Debtor's Motion for authority to pledge the net proceeds from the sale of 1002 Coastal Highway, Ocean City, Maryland to the creditors of Duck Neck Campground, LLC and WBR Investment Corporation (the "Motion"), notice of the Motion having been provided to all creditors, no objections to the requested relief having been filed, and it appearing that the relief requested is in the best interest of the Debtor, its estate and its creditors, and it appearing that no further notice of said Motion is required and no hearing is required, it is

**ORDERED,** that the Motion be and hereby is **APPROVED**; and it is further,

#2546933v.1

**ORDERED,** that the Debtor be and hereby is authorized to pledge the net proceeds from the sale of 1002 Eastern Shore Drive, Salisbury, Maryland to the creditors of Duck Neck Campground, LLC and WBR Investment Corporation.

cc: Alan M. Grochal, Esq.
Catherine K. Hopkin, Esq.
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

and all parties on the listed below

| | | |
|---|---|---|
| Carl A. Howard, Esquire<br>Gebhardt & Smith LLP<br>One South Street, Suite 2200<br>Baltimore, MD  21202 | Delmarva Power<br>2530 N. Salisbury Blvd.<br>Salisbury, MD  21801 | City of Salisbury Water<br>  and Sewer Dept.<br>125 N. Division Street<br>Salisbury, MD  21810 |

NOT AN ORDER

- 2 -

#2546933v.1